# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-99-0482 (Gleeson, J.) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Harry Shuster | Consent Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$1,400,000.00 wire transfer c/o United States Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

225 Cadman Plaza, Brooklyn, N.Y. 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY - EDNY
One Pierrepont Plaza, 16th Floor
Brooklyn, N.Y. 11201
Attn: AUSA, F. Franklin Amanat

FILED IN CLERK'S OFFICE U.S DISTRICT COURT E.D.N.Y. SEP 2 3 2005 BROOKLYN OFFICE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please deposit wire transfer in the amount of $1,400,000.00 dollars into the Asset Forfeiture Fund as Directed by Order.

99-FBI---005630

Signature of Attorney or other Originator requesting service on behalf of: AUSA, F. Franklin Amanat
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (718) 254-6024
DATE: 9/6/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin No. 53
District to Serve No. 53
Signature of Authorized USMS Deputy or Clerk: Rudolph
Date: 9/6/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 9/9/05

REMARKS: $1,400,000.00 transferred to the asset forfeiture fund on 9/9/05.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)