| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | | | 99-CR-482(S-2) |
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)* |
| | | | 2:06 CR 0243 RLH-LRL |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 25 2006 ★ BROOKLYN OFFICE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Harry Shuster<br>1501 Champion Hills Lane<br>Las Vegas, NV 89134 | Eastern District of New York | U.S. Probation - Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Gleeson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/3/06 | TO 4/2/09 |

| OFFENSE |
|---|
| Conspiracy to Commit Securities Fraud<br>Securities Fraud<br>Conspiracy to Commit Money Laundering |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____6-13-06_____      s/John Gleeson
Date      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____NEVADA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____July 10, 2006_____      [signature] Roger L. Hunt
Effective Date      United States District Judge